McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAED JEREIS SWEIS,                         ) | No. 07-CV-S-1140-LKK-EFB |
|      Plaintiff,                             ) | |
|      v.                                          ) | |
|                     ) | JOINT STIPULATION AND ORDER |
| ROBERT MUELLER, III, Director, Federal ) | |
| Bureau of Investigation.                    ) | |
|      Defendants.                         ) | |

   This is an immigration case in which plaintiff alleges that defendants have delayed in the

adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of

that Application pursuant to 8 U.S.C. § 1447(b).  The matter is now ripe for administrative

adjudication.  Accordingly, and in lieu of defendants' motion to remand, the parties stipulate that

the case be remanded with instructions to the United States Citizenship and Immigration

Services to adjudicate the application within 60 days from the date of the order of remand.

                                  Respectfully submitted,

                                  /s/ Ada E. Bosque
Dated: August 20, 2007              Ada E. Bosque
                                  Special Assistant United States Attorney


                                  /s/ Elias Z.  Shamieh
                                  Dina Marie Sokhn
                                  Elias Z.  Shamieh
                                  Counsel for Plaintiff

**ORDER**

For the reasons set forth in the Joint Stipulation, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.


Dated: August 20, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT